Before CAVANAUGH, CIRILLO and CERCONE, JJ.
Judgment of sentence affirmed.

473 A.2d 683

Commonwealth, Appellant (at 2274), v. Smith,
Appellant (at 2451).

Argued September 6, 1983. Joseph Hylan, Assistant District Attorney, for Commonwealth, appellant (at 2274) and for appellee (at 2451); Robert E. Levy, for appellant (at 2451) and for appellee (at 2274).

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Appeal at No. 2451 Philadelphia 1981 is quashed. The order appealed from at No. 2274 Philadelphia 1981 is reversed and the case is remanded for further proceedings. We do not retain jurisdiction.

473 A.2d 683

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal
Denied July 27, 1984.

Argued September 28,